UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **PHILIP DUPREE,** | : | **COUNT 1: 18 U.S.C. § 242** |
| | : | (Deprivation of Rights Under Color of |
| | : | Law) |
| also known as "**PHILLIP DUPREE**," | : | |
| | : | **COUNT 2: 18 U.S.C. §1512(b)(3)** |
| | : | (Tampering With a Witness – Obstruction |
| **Defendant.** | : | of Justice) |
| | : | |

# INDICTMENT

The Grand Jury for the District of Columbia charges that at times material to this indictment, on or about the dates and at the approximate times stated below:

## Introduction

1. The Fairmount Heights Police Department ("FHPD") was a law enforcement agency in the state of Maryland responsible for, among other things, upholding the Constitution.

2. Defendant PHILIP DUPREE, also known as PHILLIP DUPREE, was a sworn FHPD officer with approximately eight years of experience as a law enforcement officer. He was trained in and aware of an officer's duty not to use unreasonable or excessive force against a person under arrest in violation of the arrestee's Fourth Amendment right to be free from unreasonable searches and seizures.

3. Beginning on the night of August 3, 2019, and extending into the early morning hours of August 4, 2019, DUPREE was on duty as a uniformed FHPD officer, assigned to vehicular patrol.

4.     While DUPREE was on duty as a uniformed FHPD officer on August 4, 2019, he conducted a traffic stop and detained T.S., an individual known to the grand jury, in the District of Columbia.

## COUNT ONE
## 18 U.S.C. § 242
### (Deprivation of Rights Under Color of Law)

5.     The allegations contained in Paragraphs 1 through 4 of this indictment are realleged and incorporated herein by reference.

6.     On August 4, 2019, in the District of Columbia and elsewhere, the defendant,

**PHILIP DUPREE,**

while acting under color of law, physically assaulted T.S. and thereby willfully deprived T.S. of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable searches and seizures, which includes the right to be free from the use of unreasonable force by a person acting under color of law. Specifically, DUPREE used a dangerous weapon—that is, pepper spray—against T.S. without any legitimate law enforcement purpose, resulting in bodily injury to T.S.

(In Violation of Title 18, United States Code, Section 242)

## COUNT TWO
## 18 U.S.C. § 1512(b)(3)
### (Tampering With a Witness – Obstruction of Justice)

7.     Paragraphs 1 through 4 of this indictment are incorporated by reference.

8.     On August 4, 2019, in the District of Columbia and elsewhere, the defendant,

**PHILIP DUPREE,**

knowingly engaged in misleading conduct toward another person with intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information

relating to the commission and possible commission of the federal offense charged in Count 1; that is, to hinder, delay, and prevent communication to the Federal Bureau of Investigation of information concerning DUPREE's use of unreasonable force against T.S., DUPREE knowingly and intentionally submitted a statement of probable cause, dated August 4, 2019, to a Maryland state commissioner that falsely reported the circumstances surrounding and justifying DUPREE's use of pepper spray.

(In Violation of Title 18, United States Code, Section 1512(b)(3))

A TRUE BILL:

FOREPERSON

*Matthew M. Graves* /jps

MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA


KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

3