UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 22-CR-275 (CKK) |
| PHILIP DUPREE, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

We, the Jury, unanimously find the following:

### COUNT ONE

With respect to the charge in Count One of the Indictment, deprivation of rights under color of law, in violation of Title 18, United States Code, Section 242, we find that the government has proved beyond a reasonable doubt that the Defendant, **PHILIP DUPREE**:

Guilty __✓__   Not Guilty _____

If Guilty as to Count One, we the jury make the following Special Findings:

We, the Jury, unanimously find the following:

The offense included the use of a Dangerous Weapon:

Yes _____   No _____

We, the Jury, unanimously find the following:

The offense resulted in Bodily Injury:

Yes __✓__   No _____

### COUNT TWO

With respect to the charge in Count Two of the Indictment, obstruction of justice, in violation of Title 18, United States Code, Section 1512(b)(3), we find that the government has proved beyond a reasonable doubt that the Defendant, **PHILIP DUPREE**:

Guilty _____   Not Guilty __✓__

Signed _____   Date 6/17/24
Jury Foreperson

## **VENUE**

With respect to Count Two of the Indictment, obstruction of justice, in violation of Title 18, United States Code, Section 1512(b)(3), we the jury make the following finding:

We, the Jury, unanimously find that the government has proved by a preponderance of the evidence the following:

Venue is proper in the District of Columbia:

Yes _____    No _____


Signed _____    Date_____
           Jury Foreperson